IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02533-BNB

LARRY MORROW,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT RTD,
COLO. UNIVERSITY POLICE DEPARTMENT,
COLORADO STATE POLICE DEPARTMENT,
CHRIS MARTINEZ, 1550 Market,
ROY DANIELSON, 1880 Lincoln, and
LARRY PENLEY YARBOUGH, Fort Collins,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 8 2008

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915
AND COMPLAINT

At the time Plaintiff, Larry Morrow, initiated the instant action he was detained at the Denver County Jail in Denver, Colorado. On January 10, 2008, Plaintiff submitted to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In the Motion, he indicates that he now resides at 3563 Chestnut Place, in Denver, Colorado.

Mr. Morrow's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for in forma pauperis status. See Whitney v. New Mexico, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); see also McGore v. Wrigglesworth, 114 F.3d 601, 612-13 (6th Cir. 1997); In re Prison

Litigation Reform Act, 105 F.3d 1131, 1138-39 (6th Cir. 1997); McGann v. Commissioner, Soc. Sec. Admin., 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr. Morrow will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Plaintiff may elect to pay the $350.00 filing fee in full to pursue his claims in this action.

Furthermore, Mr. Morrow was instructed by the Court on December 5, 2007, to cure deficiencies in his Complaint. He has failed to do so. The papers that Plaintiff attached to the Motion and Affidavit and submitted to the Court, on January 10, 2008, are incomplete and incomprehensible. The Court again instructs Plaintiff to submit a new complaint form that includes all necessary information. Because Plaintiff no longer is detained at the Denver County Jail, the Clerk of the Court will be instructed to send to him, at his new address, a complaint form that is used by nonprisoners. Accordingly, it is

ORDERED that Mr. Morrow submit within thirty days from the date of this Order an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Plaintiff may elect to pay the $350.00 filing fee in full to pursue his claims in this action. It is

FURTHER ORDERED that Mr. Morrow submit to the Court a new Complaint on a form that is used by nonprisoners and provide all of the required information on the form. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Morrow, at his new address, together with a copy of this Order, two copies of the following forms: Complaint and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915,

for use by nonprisoners in submitting an amended motion and affidavit. It is

FURTHER ORDERED that if Plaintiff fails to comply with the instant Order within thirty days the Complaint and action will be dismissed without further notice. It is

FURTHER ORDERED that the Clerk of the Court shall note the Docket with Mr. Morrow's new address as provided on Page Three of the January 10, 2008, Motion and Affidavit. It is

FURTHER ORDERED that the only documents Plaintiff is to file with the Court at this time is the Complaint and Motion and Affidavit forms.

DATED January 18, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02533-BNB

Larry Morrow
3563 Chestnut Place
Denver, CO 80216

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Complaint** to the above-named individuals on 1/18/08

GREGORY C. LANGHAM, CLERK

By: /s/ Andrea
      Deputy Clerk