# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 30 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02533-BNB

LARRY MORROW,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT RTD,
COLO. UNIVERSITY POLICE DEPARTMENT,
COLORADO STATE POLICE DEPARTMENT,
CHRIS MARTINEZ, 1550 Market,
ROY DANIELSON, 1880 Lincoln, and
LARRY PENLEY YARBOUGH, Fort Collins,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On January 28 and 29, 2008, Plaintiff filed motions for appointment of counsel. Previously, on January 25, 2008, Plaintiff filed a motion for appointment of counsel. The Court denied the motion as premature on January 25, 2007, and directed Plaintiff that the only documents he is to file with the Court at this time is a complaint and a motion to proceed *in forma pauperis* on Court-approved forms. Plaintiff was instructed that any other documents that are not a complaint or a motion to proceed *in forma pauperis* will be ordered stricken. Both the January 28 and 29, 2008, motions for appointment of counsel are denied. Plaintiff again is instructed that any documents submitted to the Court that are not a complaint or a motion and affidavit to proceed *in forma pauperis* will be stricken and not considered by the Court.

Dated: January 29, 2008

Copies of this Minute Order mailed on January 29, 2008, to the following:

Larry Morrow
777 Bannock Street
Pavillion One
Denver, CO 80204-4507

                                             Secretary/Deputy Clerk