IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02533-BNB

LARRY MORROW,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT RTD,
COLO. UNIVERSITY POLICE DEPARTMENT,
COLORADO STATE POLICE DEPARTMENT,
CHRIS MARTINEZ, 1550 Market,
ROY DANIELSON, 1880 Lincoln, and
LARRY PENLEY YARBOUGH, Fort Collins,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff Larry Morrow, on November 29, 2007, submitted a Prisoner Complaint to the Court. At the time Mr. Morrow submitted the Complaint he was detained at the Denver County Jail in Denver, Colorado. It appears, however, that in January 2008 he was placed at the Denver Health Medical Center for Behavioral Health Services when he was diagnosed by the Health Center to suffer from psychotic symptoms and systematized delusions. (Doc. 36 at 2 and 5.)

In the November 29, 2007, Complaint, Mr. Morrow appears to assert that he was arrested for his efforts to present fuel-cell technology to the University of Colorado Board of Regents and the Regional Transit of Denver (RTD). He contends that all Defendants have conspired to impede his efforts to conduct business with both government entities. The reasons, however, that Plaintiff asserts as the basis for the conspiracy are delusional and incomprehensible.

On December 5, 2007, Magistrate Judge Boyd N. Boland entered an order instructing Plaintiff to submit a certified copy of his trust fund account statement and to list the same named Defendants in both the caption and in the text of the Complaint form.

As opposed to complying with Magistrate Judge Boland's December 5, 2007, Order, Plaintiff has filed over thirty pleadings, that are nonresponsive to the Order and also are incomprehensible and delusional. The pleadings contain copies of (1) Plaintiff's mental evaluations and state court directives to place him at the Denver Health Center, (2) research materials on hydrogen-fuel powered buses, and (3) state court filings and orders.

Nonetheless, Plaintiff now has failed to cure the deficiencies within the time allowed. Therefore, the Complaint and action will be dismissed. The Court further notes that any further incomprehensible or delusional pleadings filed in the instant action will be ordered stricken. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 28 day of ____February____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02533-BNB

Larry Morrow
3563 Chestnut Place
Denver, CO 80216

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/3/08

                                    GREGORY C. LANGHAM, CLERK

                                    By: _____
                                              Deputy Clerk