IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02533-ZLW

LARRY MORROW,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT RTD,
COLO. UNIVERSITY POLICE DEPARTMENT,
COLORADO STATE POLICE DEPARTMENT,
CHRIS MARTINEZ, 1550 Market,
ROY DANIELSON, 1880 Lincoln, and
LARRY PENLEY YARBOUGH, Fort Collins,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING CONSTRUED MOTION TO RECONSIDER
AND STRIKING MARCH 7, 2008, PLEADING

---

At issue in the instant action is a Letter and a pleading titled, "Motion; to Reconsider . . . ," filed by Plaintiff Larry Morrow, a *pro se* litigant, after the dismissal of the instant Complaint and action on March 3, 2008. Plaintiff, at the time he filed the instant action, was detained at the Denver County Jail. At some point during January 2008, he was placed at the Denver Health Medical Center for Behavioral Health Services located in Denver, Colorado. In the Letter, filed March 10, 2008, Plaintiff claims that he attempted four times to obtain a prisoner trust fund account statement from the accounting office at the Denver County Jail. He further states that he attempted to comply and match captions and names on the original Complaint. Plaintiff also requests, in the Letter, that the instant case be reopened.

In the March 7, 2008, Motion, Plaintiff appears to challenge his continued placement in the Denver Health Medical Center. Nonetheless, the March 7, 2008, pleading like Plaintiff's previous filings is incomprehensible. Pursuant to the Court's March 3, 2008, Order of Dismissal, the pleading will be ordered stricken. Plaintiff again is instructed that any further incomprehensible or delusional pleadings filed in the instant action will be ordered stricken.

The Court must construe the March 10, 2008, Letter liberally because Mr. Morrow is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Letter will be treated as a Motion to Reconsider, and the Motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Morrow filed the Letter within ten days after the Judgment was entered in the instant action. The Court, therefore, will construe the Letter as a Motion to Reconsider filed pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

In the March 3, 2008, Order of Dismissal, the Court dismissed the action because Plaintiff failed to cure the deficiencies noted in the December 5, 2007, Order. Plaintiff as opposed to curing the deficiencies in the December 5, 2007, Order filed over thirty pleadings that were nonresponsive to this Court's orders and that related only to his ongoing state-court proceedings. To the extent that Plaintiff now states in the

March 10, 2008, Letter that he was unable to obtain a trust fund account statement from the Denver County Jail, the claim is untimely. Furthermore, on January 18, 2008, when the Court determined that Plaintiff no longer was detained at the Denver County Jail Plaintiff was instructed to file an Amended Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff failed either to comply with or respond to the January 18, 2008, Order.

Upon consideration of the entire file, the Court finds and concludes that Mr. Morrow fails to demonstrate some reason why the Court should reconsider and vacate its decision to dismiss this action. Therefore, the Motion to Reconsider will be denied. Accordingly, it is

ORDERED that the Letter, (Doc. No. 55), filed March 10, 2008, is construed as a Motion to Reconsider, pursuant to Fed. R. Civ. P. 59(e), and is denied. It is

FURTHER ORDERED that the March 7, 2008, pleading (Doc. No. 54), which is titled, "Motion to Reconsider . . . ," is stricken.

DATED at Denver, Colorado, this 27 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02533-BNB

Larry Morrow
3563 Chestnut Place
Denver, CO 80216

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/28/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk